1  VICK LAW GROUP, APC
       Scott Vick (State Bar No. 171944)
2  301 N. Lake Avenue, Suite 1000
   Pasadena, California 91101
3  Telephone: (213) 784-6225
   E-mail:   Scott@vicklawgroup.com
4
5  Attorneys for Defendant
   LEI (LILLY) LEI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY WILLIAMS, TRUSTEE<br><br>    Plaintiff,<br><br>vs.<br><br>LEI (LILLY) LEI, et al.,<br><br>    Defendants. | CASE NO.: 3:23-cv-00835-CRB<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT LEI (LILLY) LEI WITH PREJUDICE; [~~PROPOSED~~ ORDER]** |

1  Plaintiff Randy Williams, Trustee ("Plaintiff") and Defendant Lei (Lilly) Lei ("Lei"),
2  (collectively the "Parties"), by and through their counsel of record, HEREBY STIPULATE and
3  AGREE as follows:
4  WHEREAS, the claims in this matter originated in an Adversary Proceeding [Dkt. 1]
5  filed by Plaintiff Randy Williams ("Williams") on August 22, 2017 in *Randy Williams, Trustee*
6  *of the Luca Liquidating Trust v. Lei (Lilly) Lei, et al.* (U.S. Bankruptcy Court, Southern District
7  of Texas, Case No. 17-03375) (the "Adversary Proceeding");
8  WHEREAS, on October 24, 2022, the Bankruptcy Court in the Adversary Proceeding
9  issued a Report and Recommendations for Withdrawal of the Reference of the Adversary
10 Proceeding to the United States District Court.  (*Luca International Group, LLC and Randy*
11 *Williams v. Lei Lei, et al.*, United States District Court, Southern District of Texas ("USDC"),
12 Case No. 4:22-cv-03709).  *See* Dkt. 39, Adversary Proceeding and USDC Dkt. 1;
13 WHEREAS, on January 25, 2023, the Court issued an order granting the Motion to
14 Withdraw the Reference as to Case No. 17-03375.  [USDC Dkt. 3];
15 WHEREAS, on February 15, 2023, a status conference was held, and the Court ordered
16 that the case would be transferred to the United States District Court for the Northern District of
17 California.  [USDC Dkt. 4 and 5];
18 WHEREAS, this matter is currently before the above-captioned Court;
19 WHEREAS, the Parties have met and conferred, and Plaintiff has agreed to dismiss his
20 claims against Defendant Lei;
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

1

NOW THEREFORE, IT IS STIPULATED as follows:

Plaintiff's claims against Defendant Lei are dismissed with prejudice.

Respectfully submitted,

DATED: April 16, 2024   VICK LAW GROUP, APC

By  */s/ Scott Vick*
SCOTT VICK
Attorneys for Defendant
LEI (LILLY) LEI

DATED: April 16, 2024   JAMES D. PIERCE, ESQ.

-and-

WALKER & PATTERSON, P.C.

By  */s/ Johnnie Patterson*
JOHNNIE PATTERSON
Attorneys for Plaintiff
RANDY WILLIAMS, TRUSTEE

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

*/s/ Scott Vick*
Scott Vick

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Plaintiff's claims against Defendant Lei are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: __April 17__, 2024

Hon. Charles R. Breyer
United States District Judge

2