WALKER & PATTERSON, P.C.
Johnie Patterson (*Pro Hac Vice*, Tex. Bar No. 15601700)
4815 Dacoma, Houston, TX 77092
Telephone: 713.956.5577
Email: jjp@walkerandpatterson.com

Attorneys for Plaintiff
WILLIAMS, TRUSTEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY WILLIAMS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>LEI (LILLY) LEI, *et al.*,<br><br>Defendant | Case No.: 3:23-cv-00835-CRB<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST REMAINING DEFENDANTS ANTHONY V. POLLACE AND BINGQING YANG; [~~PROPOSED~~ ORDER]** |

**STIPULATION TO DISMISS**                                      Case No. 3:23-cv-00835-CRB

Plaintiff Randy Williams, Trustee ("Plaintiff") and all remaining Defendants, Anthony V. Pollace ("Pollace") and Bingqing Yang ("Yang"), (collectively the "Parties"), by and through their counsel of record, HEREBY STIPULATE and AGREE as follows:

**WHEREAS**, the claims in this matter originated in an Adversary Proceeding [Dkt. 1] filed by Plaintiff Randy Williams ("Williams") on August 22, 2017 in *Randy Williams, Trustee of the Luca Liquidating Trust v. Lei (Lilly) Lei, et al.* (U.S. Bankruptcy Court, Southern District of Texas, Case No. 17-03375) (the "Adversary Proceeding");

**WHEREAS**, on October 24, 2022, the Bankruptcy Court in the Adversary Proceeding issued a Report and Recommendations for Withdrawal of the Reference of the Adversary Proceeding to the United States District Court. (*Luca International Group, LLC and Randy Williams v. Lei Lei, et al.*, United States District Court, Southern District of Texas ("USDC"), Case No. 4:22-cv-03709). See Dkt. 39, Adversary Proceeding and USDC Dkt. 1;

**WHEREAS**, on January 25, 2023, the Court issued an order granting the Motion to Withdraw the Reference as to Case No. 17-03375. [USDC Dkt. 3];

**WHEREAS**, on February 15, 2023, a status conference was held, and the Court ordered that the case would be transferred to the United States District Court for the Northern District of California. [USDC Dkt. 4 and 5];

**WHEREAS**, this matter is currently before the above-captioned Court;

**WHEREAS**, the Parties have met and conferred, and Plaintiff has agreed to dismiss his claims against Defendants Pollace and Yang;

///

///

///

///

///

///

**STIPULATION TO DISMISS**                                              Case No. 3:23-cv-00835-CRB

**NOW THEREFORE, IT IS STIPULATED** as follows:

Plaintiff's claims against Defendants Pollace and Yang are dismissed with prejudice.

                                        Respectfully submitted,

DATED: March 26, 2026                   WALKER & PATTERSON, PC


                                        By:  /s/ Johnie Patterson
                                        JOHNIE PATTERSON
                                        Attorneys For Plaintiff
                                        RANDY WILLIAMS, TRUSTEE

                                              -and-


DATED: March 26, 2026                   GORDON REES SCULLY MANSUKHANI LLP


                                        By:  /s/ Fletcher C. Alford
                                        FLETCHER C. ALFORD
                                        Attorneys For Defendant
                                        ANTHONY V. POLLACE

                                              -and-


DATED: March 26, 2026                   THOMPSON COE COUSINS & IRONS LLP


                                        By:  /s/ Tom Horan
                                        TOM HORAN
                                        Attorneys For Defendant
                                        BINGQING YANG


                        **[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Plaintiff's claims against Defendants Pollace and Yang are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: __March 27__, 2026               _____
                                        Hon. Charles R. Breyer
                                        United States District Judge


**STIPULATION TO DISMISS**                          Case No. 3:23-cv-00835-CRB